**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INGENUITY PARTNERS AND INVESTORS, LLC, | CIVIL ACTION - LAW |
| Plaintiff | |
| v. | NO. 1:24-cv-01928-JPW |
| REPUBLIC FRANKLIN INSURANCE COMPANY, A MEMBER OF UTICA NATIONAL INSURANCE GROUP, | JURY TRIAL DEMANDED |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Ingenuity Partners and Investors, LLC, and its attorneys, Thomas, Thomas & Hafer, LLP, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Republic Franklin Insurance Company, a Member of Utica National Insurance Group.

Respectfully submitted,

**THOMAS, THOMAS & HAFER, LLP**

By:_____
Joseph Pulcini, Jr., Esquire
I.D.# 73067
Randy Burch, Esquire
I.D.# 59567

1550 Pond Road, Suite 210
Allentown, PA  18104
Phone: (610) 332-7027
(610) 332-7009
Fax: (610) 868-1702
jpulcini@tthlaw.com
rburch@tthlaw.com
*Attorneys for Plaintiff,*
*Ingenuity Partners and Investors, LLC*

Date:   August 22, 2025